```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARCELO BURLON S.R.L.,                                      :
                                                            :
                              Plaintiff,                    :
                                                            :        19-CV-11336 (VSB)
              -against-                                     :
                                                            :              ORDER
AILEI FASHION, et al.,                                      :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Before me are Plaintiff's proposed order to show cause for a default judgment and supporting papers. (Docs. 61–65.) In accordance with my orders in similar cases,[1] it is hereby

      ORDERED that on or before October 7, 2022, Plaintiff shall file supplemental briefing addressing whether Defendants were properly served under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters (the "Hague Convention") and/or the Federal Rules of Civil Procedure. *See Smart Study Co. v. Acuteye-Us*, No. 1:21-CV-5860-GHW, 2022 WL 2872297 (S.D.N.Y. July 21, 2022).

      IT IS FURTHER ORDERED that on or before October 7, 2022, Plaintiff shall file a declaration concerning any and all efforts taken to discover physical addresses for service of process against Defendants in this case. The declaration should include a chart delineating, for each Defendant, each and every potential address identified, how each potential address was identified, and any and all efforts taken to investigate the veracity of each address, including but

---

[1] *See, e.g.*, *Moonbug Entertainment Ltd., et al. v. Babytee Store, et al.*, 22-cv-2032 (S.D.N.Y. Aug. 25, 2022), Doc. 39; *Foxmind Canada Enterprises LTD. v. Badouyu Intelligent Iot Technology et al.(Suzhou) Co., Ltd.*, 22-cv-885 (S.D.N.Y. Aug. 25, 2022), Doc. 46.

not limited to: Internet-based searches about the address, Internet-based searches about Defendants, phone calls to associated phone numbers, and in-person visits to the address. The declaration should indicate who investigated each address and when, and any relevant qualifications of the investigator. To the extent that Plaintiff concluded that service of process to an address would be unsuccessful, the declaration should explain why Plaintiff reached that conclusion.

SO ORDERED.

Dated: September 23, 2022
     New York, New York

                                          Vernon S. Broderick
                                          United States District Judge