UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARCELO BURLON S.R.L., Plaintiff, | : | 19-CV-11336 (VSB) |
| - against - | : | **ORDER** |
| AILEI FASHION, et al., Defendants. | : | |

VERNON S. BRODERICK, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal, (Doc. 78), and a request for the return of the security bond Plaintiff posted in connection with the Temporary Restraining Order in this action, (Doc. 79). I hereby GRANT Plaintiff's request for the return of the security bond. Accordingly, it is hereby ORDERED that the Court release the twenty-five thousand USD ($25,000.00) security bond that Plaintiff posted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge